**FORM 9** (Rev. 11/93)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. <u>09-33794</u> |
| MONTE T. BURTON | : | CHAPTER 7 |
| LORETTA L. BURTON | | |
| | : | JUDGE GUY R. HUMPHREY |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of **$491.92** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 USC § 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| CBCS, PO Box 69, Columbus OH 43216 | 7 | $ 116.97 |
| United Trades Associations, 2310 Far Hills Avenue Dayton OH 45419 | 31 | $ 360.23 |
| United Trades Associations, 2310 Far Hills Avenue Dayton OH 45419 | 31-Interest | $ 7.86 |
| United Collection Bureau, Inc., 5620 Southwyck Blvd., Toledo OH 43610 | 29-Interest | $ 4.31 |
| CBCS, PO Box 69, Columbus OH 43216 | 7-Interest | $ 2.55 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| <u>$14.72</u> | <u>$477.20</u> |

Dated:   12/20/10              /s/ Roger E. Luring_____
                               Roger E. Luring, Case Trustee
                               314 W. Main Street
                               Troy, OH 45373
                               (937) 339-2627
                               AR #0010834

cc: US Trustee