**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

IN RE:                    :           CASE NO. **09-33794**

**MONTE T. BURTON**              :           CHAPTER 7
**LORETTA L. BURTON**

                          :           JUDGE: GUY R. HUMPHREY


**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of **$119.52** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 USC § 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| DirectTV, PO Box 78626, Phoenix, AZ | 15 | $ 116.97 |
| DirectTV, PO Box 78626 Phoenix, AZ | 15 Interest | $ 2.55 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $_____ | **$119.52** |

**Dated:  02/09/11**                    **/s/ Roger E. Luring**_____
                                        **Roger E. Luring, Case Trustee**
                                        **314 W. Main Street**
                                        **Troy, OH 45373**
                                        **(937) 339-2627**
                                        **AR #0010834**

**cc: US Trustee**